FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE POLSTER |
| v. | ) | CASE NO. 1:19 CR 142 |
| | ) | Title 21, United States Code, |
| JACOB P. RODDIE, | ) | Sections 841(a)(1), (b)(1)(A), |
| | ) | (b)(1)(B) and (b)(1)(C) |
| Defendant. | ) | |

COUNT 1
(Possession with intent to distribute Lysergic Acid Diethylamide,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about March 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant JACOB P. RODDIE, did knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of Lysergic Acid Diethylamide (LSD), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with intent to distribute Lysergic Acid Diethylamide,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about April 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant JACOB P. RODDIE, did knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of Lysergic Acid Diethylamide (LSD), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession with intent to distribute Lysergic Acid Diethylamide,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3. On or about May 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant JACOB P. RODDIE, did knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing one gram or more of Lysergic Acid Diethylamide (LSD), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4
(Possession with intent to distribute Psilocyn, MDMA, Marijuana and Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about May 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant JACOB P. RODDIE, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Psilocyn, a mixture and substance containing a detectable amount of Methylenedioxymethamphetamine (MDMA), a mixture or substance containing a detectable amount of Marijuana, all Schedule I controlled substances; and a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 5
(Possession with intent to distribute Lysergic Acid Diethylamide,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

5. On or about May 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant JACOB P. RODDIE, did knowingly and intentionally possess with intent to distribute

a mixture and substance containing ten grams or more of Lysergic Acid Diethylamide (LSD), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.